**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-00329-GPG
(**The above civil action number must appear on all future papers
  sent to the court in this action.  Failure to include this number
  may result in a delay in the consideration of your claims.**)

CALVIN J. NEZ, JR.,

        Plaintiff,

v.

FOUR UNKNOWN OFFICERS, USP Florence,

        Defendant.

_____

**ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES**

_____

        Plaintiff Calvin J. Nez Jr., is in the custody of the Federal Bureau of Prisons and

currently is incarcerated at the McCreary United States Penitentiary in Pine Knot,

Kentucky.  Plaintiff has submitted a Complaint (ECF No. 1) pursuant to 42 U.S.C. §

1331 and *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics,* 403 U.S.

388 and a Motion to Proceed Without Prepayment of Fees and Affidavit (ECF No. 3).

        As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), the Court has

determined that the submitted documents are deficient as described in this Order.

Plaintiff will be directed to cure the following if he wishes to pursue his claims.  Any

papers that Plaintiff files in response to this Order must include the civil action number

on this Order.

**28 U.S.C. § 1915 Motion and Affidavit**:

(1)   __    is not submitted
(2)   __    is missing affidavit
(3)   _X_    is missing <u>certified</u> copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing and authorization
(4)   __    is missing certified statement showing current balance in prison account
(5)   __    is missing required financial information
(6)   __    is missing an original signature by the prisoner
(7)   _X_    is not on proper form (<u>must use the court's current form</u>)
(8)   __    names in caption do not match names in caption of complaint, petition or habeas application
(9)   __    An original and a copy have not been received by the court. Only an original has been received.
(10)   _X_    other: <u>In the alternative, Plaintiff may pay the $400.00 filing fee if he does not request to proceed pursuant to 28 U.S.C. § 1915.</u>

**Complaint, Petition or Application**:

(11)   __    is not submitted
(12)   _X_    is not on proper form (<u>must use the court's current form</u>)
(13)   __    is missing an original signature by the prisoner
(14)   __    is missing page nos. ___
(15)   __    uses et al. instead of listing all parties in caption
(16)   __    An original and a copy have not been received by the court. Only an original has been received.
(17)   __    Sufficient copies to serve each defendant/respondent have not been received by the court.
(18)   __    names in caption do not match names in text
(19)   __    other:

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty days from the date of this Order**. Any papers that Plaintiff files in response to this Order must include the civil action number on this Order. It is

FURTHER ORDERED that Plaintiff shall obtain the proper Court-approved forms used in filing a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a Prisoner Complaint (with the assistance of his case manager or

the facility's legal assistant), along with the applicable instructions, at

www.cod.uscourts.gov.  It is

FURTHER ORDERED that if Plaintiff fails to cure the designated deficiencies

**within thirty days from the date of this Order** the action will be dismissed without

further notice.

DATED February 18, 2015, at Denver, Colorado.

BY THE COURT:

s/Gordon P. Gallagher
United States Magistrate Judge