# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00329-LTB

**CALVIN J. NEZ, JR.**,

   Plaintiff,

v.

**FOUR UNKNOWN OFFICERS**, USP Florence,

   Defendants.

## ORDER OF DISMISSAL

   Plaintiff, Calvin J. Nez, Jr., is a federal prisoner currently housed at the McCreary United States Penitentiary located in Pine Knot, Kentucky.  Acting *pro se*, Plaintiff initiated this action by filing a Complaint (ECF No. 1) and a Motion to Proceed Without Prepayment of Fees and Affidavit (ECF No. 3).  As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), the court determined that Plaintiff's pleadings were deficient.  In an order entered on February 18, 2015, Magistrate Judge Gordon P. Gallagher directed Plaintiff to cure certain deficiencies if he wished to pursue his claims.  Specifically, Magistrate Judge Gallagher informed Plaintiff to file his claims and his request to proceed pursuant to § 1915 on proper Court-approved forms.  That Order specifically informed Plaintiff that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.  No further pleadings have been filed by Plaintiff to date.  As a result, Plaintiff has failed to cure the deficiencies within the time allowed.  Therefore, the action will be dismissed without prejudice for failure to cure

the noted deficiencies.

The Court also certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order is not taken in good faith, and, therefore, *in forma pauperis* status is denied for the purpose of appeal.  *See Coppedge v. United States*, 369 U.S. 438 (1962).  If Plaintiff files a notice of appeal he must also pay the full $505 appellate filing fee or file a motion to proceed *in forma pauperis* in the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.  Accordingly, it is

**ORDERED** that the Complaint and the action are dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b) for failure to cure the deficiencies and for failure to prosecute.  It is

**FURTHER ORDERED** that leave to proceed *in forma pauperis* on appeal is denied.  It is

**FURTHER ORDERED** that all pending motions are denied as moot.

DATED at Denver, Colorado, this  27th   day of March, 2015.

BY THE COURT:


   s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court